**Opinion filed July 23, 2026**



In The

# Eleventh Court of Appeals
_____

## No. 11-26-00063-CR
_____

## ALLEN HERNANDEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 29070-A**

## M E M O R A N D U M   O P I N I O N

Appellant, Allen Hernandez, appealed the trial court's judgment revoking his community supervision for the state jail felony offense of credit card or debit card abuse. *See* TEX. PENAL CODE ANN. § 32.31(b), (d) (West 2016). Appellant has now filed an unopposed motion to dismiss the appeal. The motion is signed by Appellant and Appellant's attorney in accordance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.


                    W. STACY TROTTER

                    JUSTICE


July 23, 2026

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.